1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7             FOR THE DISTRICT OF ARIZONA
8
9  Edward Lamar Carpenter,                    No. CV18-1631 PHX DGC
10               Plaintiff,                    **ORDER**
11 vs.
12 Charles L. Ryan, et al.,
13               Defendants.

14        Plaintiff has filed a Second Amended Complaint.  Doc. 13.   United States
15 Magistrate Judge James F. Metcalf has issued a report and recommendation ("R&R")
16 recommending that Plaintiff's Second Amended Complaint, filed July 16, 2018 (Doc. 13)
17 be construed to include a motion for leave to amend, and that such motion and leave to
18 amend be **granted.**   Pursuant to 28 U.S.C. § 1915A, Defendants Ryan, Rankin, and
19 Thompson are dismissed without prejudice, Count Three of the Second Amended
20 complaint is dismissed without prejudice, and Defendants Corizon, Ende, Bryce, and
21 Russell are ordered to respond to the Second Amended Complaint as set forth in the
22 R&R.  Doc. 17.  No objection has been filed, which relieves the Court of its obligation to
23 review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*,
24 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.
25 2003).  The Court will accept the R&R..
26        **IT IS ORDERED:**
27        1.      The R&R (Doc. 17) is **accepted**.  Plaintiff's Second Amended Complaint,
28                filed July 16, 2018 (Doc. 13) is construed to include a motion for leave to

amend, and that such motion and leave to amend are **granted.** Pursuant to 28 U.S.C. § 1915A, Defendants Ryan, Rankin, and Thompson are dismissed without prejudice, Count Three of the Second Amended complaint is dismissed without prejudice, and Defendants Corizon, Ende, Bryce, and Russell are ordered to respond to the Second Amended Complaint as set forth in the R&R..      .

2.     A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

Dated this 23rd day of October, 2018.

David G. Campbell
Senior United States District Judge